OCTOBER 17, 2011

No. 10–10612. OLDS v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tapia* v. *United States*, 564 U. S. 319 (2011).

No. 11–5829. JACOB v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6085. ZIED-CAMPBELL v. RICHMAN, SECRETARY, PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11M36. McFADDEN v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 10–895. GONZALEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. [Certiorari granted, 564 U. S. 1003.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–8974. PERRY v. NEW HAMPSHIRE. Sup. Ct. N. H. [Certiorari granted, 563 U. S. 1020.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–5868. IN RE PETERS. Petition for writ of mandamus denied.